Nicholas L. Wallace, WSBA #26157
SCHULTHEIS TABLER WALLACE
56 C Street NW
P. O. Box 876
Ephrata, WA 98823
(509) 754-5264
Attorneys for Defendant
Estate of Roger R. Hoose

THE HONORABLE EDWARD F. SHEA

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KATHY GRIFFEN and WILMA HOOSE, Co-Personal Representatives of the ESTATE OF ROGER R. HOOSE, and CATHLEEN M. McCALL,<br><br>Defendants. | Civil Action No.<br>CV-08-375-EFS<br><br>ESTATE OF ROGER R. HOOSE'S STATEMENT OF UNDISPUTED FACTS |

Defendant, Estate of Roger Hoose ("Estate"), by and through its attorneys, Schultheis Tabler Wallace and Nicholas L. Wallace, files the following statement of undisputed facts in support of its motion for summary judgment. Supporting excerpts from the record are attached as exhibits and numbered sequentially.

ESTATE OF ROGER R. HOOSE'S STATEMENT OF
UNDISPUTED FACTS - 1
F:\Clients\G - H\Hoose, Roger R\Probate of Estate W1646\US District Court CV-08-375-EFS - NLW\Pl, Statement of Undisputed Facts.doc

SCHULTHEIS TABLER WALLACE
P.O. BOX 876    56 C STREET N.W.
EPHRATA, WASHINGTON 98823
TELEPHONE (509) 754-5264
FAX (509) 754-5835

1. On or about May 30, 1987, Roger R. Hoose married Cathleen M. McCall. (Declaration of Kathy Griffin, page 2, line 1; Amended Complaint for Interpleader, paragraph 5)

2. On or about May 5, 1994, State Farm Insurance Company issued a Universal Life Insurance policy number LF-1352-5503 to Roger R. Hoose. (Amended Complaint for Interpleader, paragraph 4). The policy provided an insurance benefit in the amount of $100,000.00 in the event of Roger R. Hoose's death. (Amended Complaint for Interpleader, paragraph 4).

3. Roger R. Hoose named his spouse, Cathleen M. Hoose (now known as Cathleen McCall), as the primary beneficiary. (Amended Complaint for Interpleader, paragraph 4). Mr. Hoose named the Estate of Roger Rodney Hoose as the successor beneficiary. (Amended Complaint for Interpleader, paragraph 4).

4. On or about March 16, 1999, the Thurston County Superior Court dissolved the marriage of Roger R. Hoose and Cathleen M. Hoose. (Declaration of Nicholas L. Wallace, paragraph 2). The Court entered a Decree of Dissolution in which it awarded Roger R. Hoose any and all interest in insurance policies in his name. (Decree of Dissolution, Exhibit A to Declaration of Nicholas L. Wallace).

ESTATE OF ROGER R. HOOSE'S STATEMENT OF
UNDISPUTED FACTS - 2
F:\Clients\G - H\Hoose, Roger R\Probate of Estate W1646\US District Court CV-08-375-EFS - NLW\Pl,
Statement of Undisputed Facts.doc

SCHULTHEIS TABLER WALLACE
P.O. BOX 876    56 C STREET N.W.
EPHRATA, WASHINGTON 98823
TELEPHONE (509) 754-5264
FAX (509) 754-5835

5. Following the dissolution of his marriage, Roger R. Hoose did not change the primary beneficiary designation on LF-1352-5503. (Amended Complaint for Interpleader, paragraph 7).

6. Roger R. Hoose died on July 18, 2008. The sum of $100,000 is now payable under the terms of LF-1352-5503. (Declaration of Kathy Griffin, page 2, lines 9-12; Amended Complaint for Interpleader, paragraph 6)

DATED this 13th day of January, 2009.

SCHULTHEIS TABLER WALLACE

By: /s/ N. Wallace
Nicholas L. Wallace, WSBA #26157
Attorney for Defendant
Estate of Roger Hoose
P.O. Box 876
56 C Street N.W.
Ephrata, WA 98823
Phone: (509) 754-5264
FAX: (509) 754-5835
Email: schultab@bentonrea.com

ESTATE OF ROGER R. HOOSE'S STATEMENT OF
UNDISPUTED FACTS - 3
F:\Clients\G - H\Hoose, Roger R\Probate of Estate W1646\US District Court CV-08-375-EFS - NLW\Pl, Statement of Undisputed Facts.doc

SCHULTHEIS TABLER WALLACE
P.O. BOX 876    56 C STREET N.W.
EPHRATA, WASHINGTON 98823
TELEPHONE (509) 754-5264
FAX (509) 754-5835

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2009, I electronically filed the foregoing ESTATE OF ROGER R. HOOSE'S STATEMENT OF UNDISPUTED FACTS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

stevecronin@mccblaw.com

*/s/ N. Wallace*
Nicholas L. Wallace, WSBA #26157
Attorney for Defendant, Estate of
Roger R. Hoose
SCHULTHEIS TABLER WALLACE
P. O. Box 876
Ephrata, WA 98823
Phone: (509) 754-5264
Fax No. (509) 754-5835
E-mail: schultab@bentonrea.com

ESTATE OF ROGER R. HOOSE'S STATEMENT OF UNDISPUTED FACTS - 4
F:\Clients\G - H\Hoose, Roger R\Probate of Estate W1646\US District Court CV-08-375-EFS - NLW\Pl, Statement of Undisputed Facts.doc

SCHULTHEIS TABLER WALLACE
P.O. BOX 876   56 C STREET N.W.
EPHRATA, WASHINGTON 98823
TELEPHONE (509) 754-5264
FAX (509) 754-5835