AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

STATE FARM LIFE INSURANCE COMPANY,
    Plaintiff,

      v.

KATHY GRIFFIN and WILMA HOOSE, Co-Personal Representatives of the ESTATE OF ROGER R. HOOSE, and CATHLEEN M. McCALL,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-375-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in Defendant Estate's favor pursuant to the Order Granting Defendant Estate of Roger R. Hoose's Motion for Summary Judgment entered on March 30, 2009, Ct. Rec. 26.

| | |
|---|---|
| March 30, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |